# CARLA SANDERSON

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22　　T 646.499.3818
NEW YORK, NEW YORK 10016　　F 646.499.3814
carla@carlasandersonlaw.com　　carlasandersonlaw.com

June 12, 2024

*Via* ECF

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is granted. Defendant Soliman's bail conditions are permanently modified to permit her to reside in Colorado Springs, Colorado.
>
> SO ORDERED.
> June 14, 2024
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   *United States v. Gumucio, et al. (Haven Soliman),* 1:23-cr-595

Dear Judge Cronan:

    Valerie Gotlib and I represent Haven Soliman in the above captioned case. I write with the consent of the government to respectfully request that Ms. Soliman's bail conditions be permanently modified to permit her to reside in Colorado Springs, Colorado. Ms. Soliman's conditions of release already permit her to travel to the District of Colorado, which she does routinely for work. The reason for this request is to allow her to live where her employment is located as her employer has requested. The government (by AUSA Michael Neff) and pretrial services (by Officer Taelor Nisbeth) consent to allowing Ms. Soliman to reside in Colorado Springs, Colorado.

    I thank the Court for its consideration.

Respectfully submitted,

/s/

Carla Sanderson