# GOTLIB LAW

June 6, 2025

*Via* ECF

The Honorable John P. Cronan
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Anderson, et al.,* 23 Cr. 595 (JPC)

Dear Judge Cronan,

Together with Carla Sanderson, I represent Haven Soliman in the above-captioned matter pursuant to the Criminal Justice Act. We write, with the consent of the government, to respectfully request a one-month adjournment of Ms. Soliman's sentencing, which is currently scheduled for July 14, 2025, and a corresponding extension of the parties' sentencing submission deadlines. This is the second request for an adjournment of Ms. Soliman's sentencing. The reason for the requested adjournment is to allow the defense additional time to prepare Ms. Soliman's sentencing submission. Accordingly, we respectfully request that the Court adjourn Ms. Soliman's sentencing one month. We thank the Court for its consideration.

                            Respectfully Submitted,

                            /s/

                            Valerie A. Gotlib
                            Carla Sanderson

Cc:    All counsel of record (via ECF)

> The request is granted. Ms. Soliman's sentencing is adjourned to August 25, 2025, at 10:00 a.m. Defense counsel shall submit its sentencing submission no later than August 11, 2025, and the Government shall submit its submission no later than August 18, 2025.
>
> SO ORDERED
> June 9, 2025
> New York, New York
>
>                                               _____
>                                              JOHN P. CRONAN
>                                        United States District Judge

Gotlib Law, PLLC
20 Vesey Street | Suite 400 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com