UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
            -v-                          :
:                    23 Cr. 595 (JPC)
HAVEN SOLIMAN,                           :
:                    ORDER
                    Defendant.           :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The sentencing originally scheduled for 10:00 a.m. on August 25, 2025, is adjourned to 3:30 p.m. on August 25, 2025.

SO ORDERED.

Dated: August 20, 2025
       New York, New York                    _____
                                                  JOHN P. CRONAN
                                             United States District Judge