UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

HAVEN SOLIMAN

**Consent
Order of Restitution**

S2 23 Cr. 595 (JPC)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, William C. Kinder, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Information, and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Haven Soliman, the defendant, shall pay restitution in the total amount of $483,469.36,[1] pursuant to 18 U.S.C. § 3663, 3663(a)(3), 3663A, and 3664, to the Internal Revenue Service. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Restitution is not joint and several with other defendants or with others not named herein.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of

---

[1] This restitution amount is the sum of (1) the defendant's tax deficiency, (2) interest, and (3) penalties. The aggregate tax deficiency of $190,114 is based on unreported income for tax years 2015 ($139,016.19), 2016 ($119,197.63), 2017 ($246,823.41), 2018 ($194,728.54), 2019 ($220,568.17), and 2020 ($135,294.62). Interest due as of approximately August 25, 2025 is $150,769.86, and the penalty is $142,585.50.

2025.02.20

the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant will commence monthly installment payments of at least 10 percent of the defendant's gross income, payable on the 15th of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

Because a victim is the Internal Revenue Service ("IRS"), the Clerk's Office shall forward all restitution payments to the below address within 30 days of receiving said payments from the defendant:

IRS - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.

2025.02.20					2

Kansas City, MO 64108

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____  	8/25/2025
William C. Kinder   	DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637 – 2394

HAVEN SOLIMAN

By: _____  	8/25/2025
Haven Soliman   	DATE

By: _____  	8/25/2025
Valerie Gotlib, Esq.   	DATE
Gotlib Law, PLLC
20 Vesey Street, Suite 400
New York, New York 10007

SO ORDERED:

_____  	8/25/25
HONORABLE JOHN P. CRONAN   	DATE
UNITED STATES DISTRICT JUDGE